## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK A. CARFAGNO and KATHERINE M. CARFAGNO,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE PHILLIES,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.: 06-cv-3737<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE

Kindly enter our appearance on behalf of the defendant in the above-captioned matter.

Dated: September 20, 2006         /s/ Richard L. Strouse
                                                 Richard L. Strouse
                                                 Attorney I.D. No.: 34490
                                                 strouse@ballardspahr.com
                                                 Samuel R. King
                                                 Attorney I.D. No.: 95064
                                                 kingsr@ballardspahr.com
                                                 Jordana L. Greenwald
                                                 Attorney I.D. No.: 93836
                                                 greenwaldj@ballardspahr.com
                                                 Attorneys for Defendant The Phillies

OF COUNSEL:
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

DMEAST #9608346 v1

dockets.Justia.com

## **CERTIFICATE OF SERVICE**

I, Jordana L. Greenwald, hereby certify that a true and correct copy of the foregoing Entry of Appearance has been filed electronically on this date and is available for viewing and downloading from the ECF system.

I further certify that I caused the foregoing Entry of Appearance to be served on plaintiffs by sending a true and correct copy of the same via first class mail, postage pre-paid, to plaintiffs' attorney addressed as follows:

>Nancy O'Mara Ezold, Esquire
>One Belmont Ave., Suite 501
>Bala Cynwyd, Pennsylvania  19004


Date:  September 20, 2006                              /s/ Jordana L. Greenwald
                                                       Jordana L. Greenwald