# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK A. CARFAGNO AND<br>KATHERINE M. CARFAGNO | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : <br> : | |
| THE PHILLIES | : | NO. 2:06-CV-3737LDD |

## NOTICE

Please be advised that a Rule 16 conference in the above-captioned case is scheduled for **WEDNESDAY, OCTOBER 11, 2006 at 3:00 PM.** before the Honorable Legrome D. Davis, Courtroom 6A, U.S. Courthouse, 601 Market Street, Philadelphia, PA, 19106.

Please complete the enclosed Conference Information Report and mail or fax the completed Report for arrival in Judge Davis' Chambers at least three business days prior to the Rule 16 conference. Further, counsel are expected to present a completed joint discovery plan pursuant to Federal Rule of Civil Procedure 26 (F).

At the close of the conference, you will receive an order from Judge Davis listing firm dates for the completion of discovery, other pretrial submissions and the trial, if a trial is required.

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office should appear at the conference.

Failure to comply with this directive may result in the imposition of sanctions.

The conference will be continued to another date only in exceptional cases.

Very truly yours,

/S/CAROL SAMPSON
Carol Sampson
Deputy Clerk to Judge Legrome D. Davis
267-299-7651
267-299-5076 (Fax)

E-Mailed 9/20/06 - CS
D. P. Russo
K. G. Derewicz

**RULE 16 CONFERENCE INFORMATION REPORT**

Civil Action No.: _06-cv-3737_    Jury Trial _____    Bench Trial _____    Arbitration _____

Service of Process Made _____
                           (Date)

Caption: _Mark A. Carfagno and Katherine M. Carfagno v. The Phillies_

Trial Counsel: _____

Representing: _____

Law Firm: _____

Address: _____
_____

Telephone: _____    Fax: _____    E-Mail: _____

Are there threshold motions? _____
                               (Identify Motion(s))

When will discovery be completed?    _____
                                  (Date)

Will motion for summary judgment be filed?    Yes _____    No _____

Has settlement been discussed?    Yes _____    No _____

If not, why not? _____

Future settlement conference requested    Yes _____    No _____

Novel issues or special problems?    Yes _____    No _____    If yes, describe.

_____
_____

Ready for trial by?    _____
                    (Date)

Trial time estimates:    Time to present your case    _____

                      Time for entire trial    _____

Date: _____    _____
                                Signature of counsel

                                _____
                                Typed or printed name