IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK A. CARFAGNO, | : | |
| 2732 Plover Street | : | |
| Philadelphia, PA  19153 | : | |
| | : | |
| and | : | CIVIL ACTION |
| | : | |
| KATHERINE M. CARFAGNO | : | |
| 2732 Plover Street | : | NO. 06-3737 |
| Philadelphia, PA  19153 | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| THE PHILLIES, | : | |
| One Citizens Bank Way, | : | |
| Philadelphia, PA  19148 | : | |
| Defendant. | | |

**PLAINTIFFS' RULE 26(a) INITIAL DISCLOSURES**

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiffs Mark A. and Katherine M. Carfagno herein submit their required initial disclosures.

A.    Plaintiffs identify the individuals listed below as witnesses who, in addition to Plaintiffs, are likely to have information that Plaintiffs may use to support their claims or defenses. Plaintiffs reserve the right to supplement this witness list with the names of additional witnesses at such time as Plaintiffs learn such information.

1.    Greg Winter

       Address: 117 Heritage Road
                    Sewell, NJ 08080

       Telephone number: 856-464-2456

Mr. Winter has information regarding his observations of Michael Boekholder's discriminatory attitude toward Plaintiff Mark Carfagno.

2.  Fran Dunn

    Address: 701 6th Avenue
    Folsom, PA 19033

    Telephone Number: 610-543-1081

Mr. Dunn has information regarding Mr. Boekholder's discriminatory actions and attitude toward Plaintiff Mark Carfagno.

3.  Joseph J. McFadden, Jr.

    Address: 1202 Angora Drive
    Yeadon, PA 19050

    Telephone number: 610-622-1673

Mr. McFadden has information regarding Mr. Boekholder's discriminatory actions and attitude toward Plaintiff Mark Carfagno.

4.  Nicholas Busillo, M.D.

    Address: 3001A Garrett Road
    Drexel Hill, PA 19026

    Telephone Number: 610-789-4033

Dr. Busillo is likely to have discoverable information regarding the diagnosis and treatment of Plaintiff Mark Carfagno for depression and anxiety, and resultant additional medical problems, and Plaintiff Mark Carfagno's fitness to return to work in 2004 through the present.

5.  Kalpana Prassad, M.D.

    Address: Crozer Chester Medical Center
    One Medical Center Boulevard
    Upland, PA 19013

        Telephone Number: 610-874-5257

Dr. Prasad is likely to have discoverable information regarding the diagnosis and treatment of Plaintiff Mark Carfagno for major depressive disorder and panic disorder and his fitness to return to work in 2004 through the present.

    6.    Edward Silver, MSW ACSW

        Address:  Philadelphia Well Being Institute
                      2475 Napfle Street
                      Philadelphia, PA 19152

        Telephone Number: 215-332-6996

Dr. Silver is likely to have discoverable information regarding the diagnosis of Plaintiff Mark Carfagno for anxiety and depression.

    7.    Stanley H. Shrom, M.D.

        Address: 3001 Garrett Road
                    Drexel Hill, PA 19026

        Telephone number: 610-626-7915

Dr. Shrom is likely to have discoverable information regarding the effect that Mr. Carfagno's psychotropic medications have had on his urinary problems.

    8.    Steven Mandel, M.D.

        Address: 1015 Chestnut Street
                  Suite 810
                  Philadelphia, PA 19107

        Telephone number: 215-574-0075

Dr. Mandel is likely to have discoverable information regarding neurological issues related to Mr. Carfagno's anxiety and depression.

    9.    Julius Guarino, M.D.

        Address: Manoa Medical Center
              1010 West Chester Pike
              Suite 202
              Havertown, PA 19083

        Telephone number: 610-789-3510

Dr. Guarino is likely to have discoverable information regarding Mr. Carfagno's gastrointestinal problems associated with his anxiety and depression.

    10.    Robert Toborowsky, M.D.

        Address: Pennsylvania Hospital
              Hall Mercer CMH/MRC Room 319
              Eighth and Locoust Street
              Philadelphia, PA 19107

        Telephone number: 215-829-5206

Dr. Toborowsky will provide expert testimony regarding Plaintiff Mark Carfagno's psychiatric condition and the emotional distress caused by Mr. Carfagno's termination by The Phillies.

    11.    Sharon Valentine

        Address: 11 Holbrook Road
              Havertown, PA 19083

        Telephone number: 610-446-4661

Ms. Valentine is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

    12.    Angela Carfagno

        Address: 6124 Hilltop Drive
              Brookhaven, PA 19015

        Telephone number: 610-874-3085

Ms. Carfagno is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

13. Richard Allen

   Address:  The Phillies
             Citizens Bank Park
             Philadelphia, PA 19148

Mr. Allen is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

14. Jay Johnstone

   Address:  1104 W. Magnolia Boulevard
             Burbank, CA 91506

   Telephone number: 616-260-5554

Mr. Johnstone is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

15. Larry Christensen

   Telephone: 610-296-6303

Mr. Christensen is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

16. Lawrence Conti

   Address: 7625 Brocklehurst Street
            Philadelphia, PA 19152

Telephone number: 215-680-7353

Mr. Conti is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

17. Joseph McGowan

   Address: 3505 Tuscany Drive
   Philadelphia, PA 19145

   Telephone number: 215-983-9280

Mr. McGowan is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

18. Samuel Paranzino

   Address: 1202 Mollbore Terrace
   Philadelphia, PA 19148

   Telephone number: 215-219-9843

Mr. Paranzino is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

19. Thomas DeFelice

   Address: 112 Juniper Court
   Glenn Mills, PA 19342

   Telephone number: 610-358-9573

Mr. DeFelice is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

20. Michael Rawlings

   Address: 1616 W. Lynn Drive
   West Chester, PA 19382

   Telephone number: 610-547-3109

Mr. Rawlings is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

21. Robert Dougherty

   Address: 36 McGregor Court
   Turnersville, NJ 08012

   Telephone number: 856-228-2690

Mr. Dougherty is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

22. Francis O'Kane

   Address: 35 Davis Avenue
   Broomall, PA 19008

   Telephone number: 610-359-9514

Mr. O'Kane is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

23. Joseph Murrow

   Address: 2549 Ashford Street
   Philadelphia, PA 19153

   Telephone number: 215-365-4896

Mr. Murrow is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

24. Dennis Pellegrino

   Address: 1822 5th Avenue
   Folsom, PA 19033

   Telephone number: 610-522-0427

Mr. Pellegrino is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

25. James Huggard

   Address: 1601 Radcliffe Court
   Newtown Square, PA 19073

   Telephone number: 610-296-8682

Mr. Huggard is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

26. Daniel Harrell

   Address: 104 Madison Avenue
   Prospect Park, PA 19076

   Telephone number: 610-522-8243

Mr. Harrell is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

27. Bishop Joseph McFadden

      Address: Philadelphia Archdiocese
             222 North 17th Street
             Philadelphia, PA 19103

      Telephone number: 215-965-8280

Bishop McFadden is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

    28.    Walter Stankus

      Address: 5724 Weymouth Street
             Philadelphia, PA 19120

      Telephone number: 215-742-8391

Mr. Stankus is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

    29.    Jerry LaRosa, Jr.

      Address: 2522 South Mole Street
             Philadelphia, PA 19145

      Telephone number: 267-243-3889

Mr. LaRosa is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

    30.    William Hall

      Address: 138 Frog Hollow Road
             Churchville, PA 18966

      Telephone number: 215-357-5189

Mr. Hall is likely to have discoverable information regarding the effect on Mr. Carfagno of Defendant's discriminatory conduct and unauthorized publication of Mr. Carfagno's name and likeness.

31.     Michael Boekholder

Mr. Boekholder is likely to have among other things, discoverable information about his treatment of Plaintiff Mark Carfagno, his supervision of the groundskeepers, Mr. Carfagno's job performance, the circumstances surrounding the termination of Mr. Carfagno's employment, Mr. Carfagno's complaints about him and related matters.

32.     Michael Stiles

Mr. Stiles is likely to have discoverable information about Plaintiff Mark Carfagno's job performance, Michael Boekholder's job performance, Mr. Carfagno's complaints about Mr. Boekholder, the circumstances surrounding the termination of Mr. Carfagno's employment, the job responsibilities of the grounds crew, and related matters.

33.     David Montgomery

Mr. Montgomery is likely to have discoverable information about Plaintiff Mark Carfagno's job performance, Michael Boekholder's job performance, Mr. Carfagno's complaints about Mr. Boekholder and the circumstances surrounding the termination of Mr. Carfagno's employment.

34.     Michael DiMuzio

Mr. DiMuzio is likely to have discoverable information about Plaintiff Mark Carfagno's job performance, Michael Boekholder's job performance, Mr. Carfagno's

complaints about Mr. Boekholder, the circumstances surrounding the termination of Mr. Carfagno's employment, the job responsibilities of the grounds crew, and related matters.

    35.    Dickie Noles

Mr. Noles is likely to have discoverable information about Plaintiff Mark Carfagno's complaints about Mr. Boekholder and the circumstances surrounding the termination of Mr. Carfagno's employment.

B.    Plaintiffs identify the categories of documents, data compilations and tangible things listed below that are in the custody of Plaintiffs that Plaintiffs may use to support their claims or defenses. Plaintiffs reserve the right to supplement this list at such time as Plaintiffs obtain further information.

    1.    Documents relating to the charge that Plaintiff Mark Carfagno filed with the Philadelphia Commission on Human Relations and the Equal Employment Opportunity Commission.

    2.    Documents relating to Plaintiff Mark Carfagno's medical condition and treatment.

    3.    Documents relating to Plaintiff Mark Carfagno's denial of workers compensation.

    4.    Documents relating to Plaintiff Mark Carfagno's application for, and denial of, short-term disability benefits.

    5.    Documents relating to Plaintiff Mark Carfagno's application for, and receipt of, long-term disability benefits.

6. Documents relating to Plaintiff Mark Carfagno's application for, and receipt of, Social Security Disability Insurance.

7. Documents relating to Plaintiff Mark Carfagno's application for unemployment compensation.

8. Documents relating to Plaintiff Mark Carfagno's pension.

9. Documents relating to Plaintiff Mark Carfagno's termination by the Phillies.

10. DVDs, books and other promotional media in which Plaintiff Mark Carfagno appears which was made available to the public by Defendant or with Defendant's authorization following Plaintiff Mark Carfagno's termination.

11. Correspondence from Plaintiff Katherine Carfagno to David Montgomery.

12. Correspondence from Defendant to Plaintiff Mark Carfagno regarding his employment status.

13. Articles/media containing references to Plaintiff Mark Carfagno during his employment with the Phillies.

14. Correspondence from Plaintiff Mark Carfagno to the Mummers regarding his resignation.

C. Computation of Damages

Plaintiffs are seeking damages for back pay and benefits, front pay and benefits, compensatory damages, lost profits/commissions, punitive damages, attorney's fees and costs. Plaintiffs' damages are expected to be in excess of

$100,000 but they are currently in the process of locating an expert to more accurately assess the damages in the case.

D.   Insurance Agreements.

   Not applicable.

                                          NANCY O'MARA EZOLD, P.C.


                                          By: s/Jacqueline Woolley/JMW0649
                                              NANCY O'MARA EZOLD
                                              Attorney No. 32152 (PA)
                                              JACQUELINE M. WOOLLEY
                                              Attorney No. 69442 (PA)
                                              One Belmont Avenue, Suite 501
                                              Bala Cynwyd, PA  19004

                                              Attorneys For Plaintiffs

Date: September 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiffs' Rule 26(a) Initial Disclosures was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Eastern District of Pennsylvania, and that I served the same on this day upon the following via hand delivery:

>Richard L. Strouse, Esquire
>Ballard Spahr Andrews & Ingersoll, LLP
>1735 Market Street, 51st Floor
>Philadelphia, Pennsylvania 19103-7599

Date:   September 21, 2006                              s/Jacqueline Woolley/JMW0649
                                                        Jacqueline M. Woolley