IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK A. CARFAGNO AND | : | CIVIL ACTION |
| KATHERINE M. CARFAGNO | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE PHILLIES | : | NO. 06-CV-3737 |

### ORDER

AND NOW, this       day of October 2006, following a conference with counsel for all parties, it is hereby ORDERED that the Clerk of the Court shall refer this matter to the Honorable Timothy Rice, United States Magistrate Judge, for a settlement conference. The date and time of the conference shall be set by Judge Rice. If the matter is not resolved upon the completion of the settlement conference, it is further ORDERED as follows:

1.  The parties shall complete all factual discovery within one hundred and twenty (120) days of the date of the conference.

2.  Plaintiff shall submit all expert reports within one hundred and fifty (150) days of the date of the conference. Defendant shall submit all expert reports within one hundred and eighty (180) days of the date of the conference.

3.  All dispositive motions shall be filed within fourteen (14) days following the completion of factual and expert discovery, and in any event no later than one hundred and ninety-four (194) days upon the completion of the settlement conference.

4.  All responses to dispositive motions shall be filed no later than fourteen (14) days after the filing of such motions.

BY THE COURT:

Legrome D. Davis, J.