IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK A. CARFAGNO | : | CIVIL ACTION |
| KATHERINE M. CARFAGNO | : | |
|    Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| THE PHILLIES | : | NO. 06-CV-03737 |
|    Defendant | : | |

### SETTLEMENT CONFERENCE NOTICE

A Settlement Conference in the above-captioned case will be held on **Monday, December 4, 2006**, at **9:30 A.M.,** before the Honorable Timothy R. Rice, United States Magistrate Judge, in Room 3029, U.S. Courthouse, 601 Market Street, Philadelphia, Pa. 19106.

- Please notify the court if settlement is not a real possibility.

- The conference will not be held unless counsel has clients with <u>full and complete</u> settlement authority physically present for the duration of the conference.[1]

Please complete the attached summary and fax it to Chambers (267) 299-5064 on or before **November 13, 2006**.

                                                                                         /s/ CHAVELA M. SETTLES
                                                                                        Chavela M. Settles
                                                                                        Deputy Clerk to
                                                                                        Magistrate Judge Timothy R. Rice
                                                                                        (267) 299-7660

Date:   October 19, 2006
cc:      (via fax)
          Jacqueline M. Woolley, Esquire
          Richard L. Strouse, Esquire

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

## SETTLEMENT CONFERENCE SUMMARY

**CAPTION:** _____

**DISTRICT COURT JUDGE:** _____    **JURY  /  NONJURY**
                                                        **(Circle One)**
      **TRIAL/POOL DATE:** _____

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

    **Name:** _____

    **Address:** _____

    **Phone:** _____

    **Client:** _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**

    **Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):**

_____

**MOTIONS PENDING:**

_____

_____

_____

**OTHER RELEVANT MATTERS:**

_____

_____

_____

**PRIOR OFFERS / DEMANDS:**

_____

_____

**ATTACH SYNOPSIS OF CASE  (LIMITED TO ONE PAGE)**